# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 21, 2007

130992 (70)(75)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LANZO CONSTRUCTION COMPANY,
     Plaintiff-Appellant,

v

SC: 130992
COA: 264165
Wayne CC: 04-408824-CK

WAYNE STEEL ERECTORS,
     Defendant-Appellee.

_____/

     On order of the Court, the motion for reconsideration of this Court's January 5, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion to stay the effect of the Court's order is DENIED as moot.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2007

_____
Clerk

t0314